UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                            :

Ariel Mitchell,

                          Plaintiff,

                                          24-CV-051 (VSB)

              -against-

                                        **ORDER**

Aldous & Associates, P.L.L.C,

                          Defendant.

------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

        Plaintiff filed this action on January 4, 2024, (Doc. 1), and filed an affidavit of service on January 30, 2024, (Doc. 6.)  The deadline for Defendant to respond to Plaintiff's complaint was February 20, 2024.  To date, Defendant has not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than March 6, 2024.  If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    February 28, 2024
             New York, New York

                                                          _____
                                                          VERNON S. BRODERICK
                                                          United States District Judge